FILED
JUL 23 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>GARY EUGENE ANNETT,<br><br>      Debtor. | Case No. 07-20608-A-7<br><br>Docket Control No. UST-2<br><br>Date: June 4, 2007<br>Time: 9:00 a.m. |

### MEMORANDUM

On June 4, 2007, at 9:00 a.m., the court considered the United State Trustee's motion to dismiss this case pursuant to 11 U.S.C. § 707(b). For the reasons explained in the ruling appended to the minutes of the hearing, the court conditionally granted that motion. The condition imposed by the court permitted the debtor to amend Official Form 22. Those amendments were to be filed and served by June 18, 2007. If the form was amended, the United States Trustee was given until July 2, 2007 to file and serve an amended dismissal motion.

These deadlines were stated orally and on the record as well as in the minutes of the hearing. See Transcript of hearing on June 4, 2007, p. 15, ln. 1-11.

A review of the docket reveals that the debtor filed an amended Official Form 22 on June 15, 2007. However, there are two problems.

First, while an amended Official Form 22 was filed prior to the June 18 deadline set by the court, there is no proof that it was served on the United States Trustee. No certificate or proof of service was filed or is appended to the amended form. The failure to serve the document is material and significant because the United States Trustee was given only a very short period to amend her dismissal motion and take account of the new information in the amended form.

Second, the amended Official Form 22 filed on June 15 is missing its last page. Because the signature page is on the last page, this means that the debtor failed to sign the amended form under penalty of perjury.

While the missing page was filed on June 25, this was one week after the June 18 deadline imposed by the court. The court further notes that there is no certificate or proof of service from the debtor confirming that the missing page to Official Form 22 was served on the United States Trustee.

Therefore, the court concludes that the debtor has not fully complied with the conditions imposed by the court at the hearing on June 4 and it will enter a separate order dismissing the petition in accordance with the original ruling appended to the minutes for that hearing.

Dated: 23 July 2007

By the Court

Michael S. McManus, Chief Judge
United States Bankruptcy Court

-2-

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

| | | |
|---|---|---|
| Gary Eugene Annett<br>710 Arnold Ct<br>Dixon, CA 95620 | Thomas A. Aceituno<br>PO Box 189<br>Folsom, CA 95763 | Gregory J. Smith<br>109 Darling Way<br>Roseville, CA 95678-0192 |

Allen C. Massey
501 I St #7-500
Sacramento, CA 95814


DATED: 7/23/07        By: _____
                          Deputy Clerk

EDC 3-070 (New 4/21/00)